**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1133**

---

WILLIAM LEE RICHARDSON, JR.,

                                    Plaintiff - Appellant,

        versus

WEST VIRGINIA SUPREME COURT OF APPEALS;
JUSTICES; CHIEF JUSTICE OF THE STATE OF WEST
VIRGINIA,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CA-01-504-2)

---

Submitted: March 21, 2002          Decided: March 28, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William Lee Richardson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., seeks to appeals the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Richardson's motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Richardson v. West Virginia Supreme Court of Appeals, No. CA-01-504-2 (S.D.W. Va. Jan. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2